UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9-9-4046-Snow
00-6058-CR-Hurley

UNITED STATES OF AMERICA,

v.

Yvette Jenkins

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

REC'D by ___
MAR 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

FILED by ___
MAR -7 2000
CLARENCE MADDOX
CLERK U.S. ___
S.D. OF FLA. ___

COMES NOW _Philip Reizenstein_, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 3-7-2000

Attorney _Philip L. Reizenstein_
Address _1471 NW 14th Street_
City _Miami_ State _FL_ Zip _33125_
Telephone _305-326-0440_
Florida Bar No. _634026_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____

