COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: YVETTE JENKINS(J)     CASE NO: 00-6058-CR-Hurley ~~99-4046-SNOW~~
AUSA: TERRY THOMPSON - pres     ATTY: ~~FPD~~ Philip Reizenstein / perm
AGENT:     VIOL:

PROCEEDING PTD HEARING     RECOMMENDED BOND PTD
BOND HEARING HELD - yes (no) Stip     COUNSEL APPOINTED
BOND SET @ 200,000 CSB w/ Nebbia

FILED by __ D.C. MAR -7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS   x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to:

REC'D by __ D.C. MAR 8 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.

FPD ore tenus m/ to withdraw granted
Order signed

PTD request w/drawn - w/ gov't reserving
right to request PTD
should dft seek to
post or reduce the bond

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

PTD/BOND HRG:

PRELIM/ARRAIGN:

REMOVAL HRG:

STATUS CONF: 4-7 10 Johnson WPB

Date: 3/7/00    Time: 11:00    FTL/LSS TAPE #00- 014    Begin: 1435    End: 1524

PA/10