UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: ~~00-4046-SNOW~~   00-6058-CR-Hurley

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YVETTE JENKINS,

    Defendant.




### ORDER TERMINATING APPOINTMENT OF COUNSEL

It appearing to the Court that the Defendant, Yvette Jenkins, has retained Phil Reisenstein, Esq., to represent her in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and she is relieved of further duties in this cause.

DONE AND ORDERED this 7th day of March, 2000 at Fort Lauderdale, Florida.

                                                                                 Susana S. Snow
                                                             UNITED STATES MAGISTRATE JUDGE

cc:    Patrick M. Hunt, AFPD
        U.S. Attorney's Office

