UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6058-CR-HURLEY

UNITED STATES OF AMERICA

vs

YVETTE JENKINS

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 7, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:** Address: CUSTODY

Telephone: _____

**DEFENSE COUNSEL:** Name: PHILIP REIZENSTEIN, ESQ.

Address: 1471 NW 14TH SSTREET

MIAMI, FL 33125

Telephone: 305/326-0400

**BOND SET/CONTINUED:** $ 200,000 CORPORATE SURETY W/NEBBIA

Bond hearing held: yes ____ no X  Stipulated bond set. _____

Dated this 7TH day of MARCH ,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: [signature]
Deputy Clerk

Tape No. 00-014

cc: Copy for Judge
    U. S. Attorney