UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | JUDGE: DANIEL T.K. HURLEY |
| | CASE NO:006858-CR-HURLEY |
| Plaintiff, | Magistrate: L. R. JOHNSON |
| vs. | Florida Bar No.: 634026 |
| YVETTE JENKINS, | |
| Defendant. | |
| _____/ | |

### NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD

**COMES NOW** Attorney Philip L. Reizenstein, Esq., and hereby files his **PERMANENT APPEARANCE** on behalf of the above defendant in the within cause, and directs the Clerk of The Court to direct all notices of hearings and court dates to the undersigned counsel.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of The Court by U.S. mail to: **Terrence J. Thompson, AUSA**, *Office of The United States Attorney*, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Fla. 33394 (Phone 954-356-7255/ Via Facsimile: 954-356-7228),on this the 9th day of March, 2000.

Respectfully Submitted,

Philip L. Reizenstein
**Florida Bar#** 634026
Attorney For The Defendant
1471 N.W. 14th Street
Miami, Fl 33125
(305) 326-0400-Phone
(305) 325-8294-Fax