CRITICAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE DANIEL T. K. HURLEY

=========================================

Case No. 00-6058-CR                    Date May 5, 2000

Courtroom Deputy: James E. Caldwell    Court reporter: Pauline Stipes

Language Spoken: English               Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. Yvette Jenkins

AUSA: Terrence J. Thompson   DEFENSE COUNSEL: Philip L. Reizenstein

TYPE OF HEARING: Change of plea from not guilty to guilty as to the indictment.

RESULTS OF HEARING: After an inquiry, the plea of guilty was accepted.

Misc.: Sentencing date set for friday, July 14, 2000, at 10:30 a.m.