

YVETTE JENKINS )
       MOVANT
 )

VS. ) CASE # 00-6058-CR-HURLEY
 )
UNITED STATES OF AMERICA )

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF MOTION FOR ASSIGNMENT OF COUNSEL AND GRANTING LEAVE TO APPEAL

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    COMES NOW THE MOVANT, YVETTE JENKINS, WHO IS CURRENTLY A FEDERAL INMATE, HOUSED AT FCI TALLAHASSEE, 501 CAPITOL CIRCLE N.E., TALLAHASSEE, FLORIDA 32301-3572, SEEKING THE GRANTING OF ASSIGNMENT OF COUNSEL, GRANTING LEAVE TO APPEAL IN FORMA PAUPERIS, AND PERMITTING THE APPEAL TO BE HEARD IN YOUR HONORABLE COURT.

    Movant ask that an order granting a reasonable amount of time in which to perfect an appeal, and for such other and further relief as the Court may seem just and proper.

AFFIDAVIT IN SUPPORT OF MOTION

    Movant, Yvette Jenkins, being duly sworn, deposes and says:

    1. I am the Defendant-Appellant in the above -entitled case. I make this motion for an Order granting assignment of counsel, granting leave to appeal in forma pauperis, and for an Order permitting the appeal herein to be heard in the Court, without

printing the same, and for an Order granting a reasonable extension of time in which to perfect an appeal.

2. On July 14, 2000, I was convicted in the Southern District of Florida, located in West Palm Beach, Florida, for the offense of Possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1), by Honorable Daniel Hurley, Judge.

3. I was ordered committed to the Federal Detention located in 501 Capitol Circle N.E., Tallahassee, Florida, until such time as I purged myself of said contempt. I was taken into custody by the United States Marshall for the Southern District of Florida on July 26, 2000.

4. I am the mother of three young children, with whom I resided until my arrest.

5. I am the widow of Timothy Jenkins, and am the sole support for my family.

6. Since my arrest and conviction, I have been forced to borrow money to meet my family's expenses.

7. I have no money in any bank and have been forced to rely on the charity of my family and friends in order to meet my dailey obligations.

8. I own no real property and the only personal property I own is my clothing.

9. I was informed by my attorney who represented me in the criminal proceedings that I may be out of time to file an appeal (see attached letter). I understand by this that he did not file a notice of appeal for me.

10. I am not learned in the law, and relied solely on the competence of my attorney. I did not know I had a time limit

in which to file a Notice of Appeal, and was ignorant to the fact until advised by one learned in law at this Institution.

11. I am without funds to prosecute this appeal or to retain counsel.

12. No previous application for the relief herein sought has been made.

Wherefore, I request that this Court grant my motion to have Counsel assigned, for leave to appeal in forma pauperis upon typewritten briefs and appendices, for transcriptions of the minutes of the hearing, and for such other and further relief as to the Court may seem just and proper.

I attest to the above under penalty of perjury.

DATED: 11/7/00

Yvette Jenkins
# 55221-004
FCI TALLAHASSEE
501 Capitol Circle N.E.
Tallahassee, Florida  32301

Law Office of
**Philip L. Reizenstein, P.A.**
1471 NW 14th Street
Miami, Florida 33125

Tel. (305) 326-0400
Fax (305) 325-8294         10/12/00


Yvette Jenkins
501 Capital Circle NE
Tallahassee, Fl, 32301
LEGAL MAIL
INMATE# 55221-004

Dear Ms. Jenkins;


    Pursuant to your letter of September 26, 2000, enclosed please find a copy of the indictment, a copy of the PSI, a copy of the objections to the PSI, and a copy of the plea agreement. I do not have the "entire case calendar, all entries on the record". A transcript of the sentencing was not ordered, nor are there any transcripts to what you refer to as "Rule 11 Hearings."
A transcript of the sentencing can be ordered, however, I would need payment to my office's trust account before I would order the transcript. If you wish to do this, have a family member contact me and I will obtain a cost estimate and will then order the transcript after the costs are deposited with me.

    Regarding your desire to file an appeal, you should recall that Judge Hurley very carefully informed you that any notice of appeal needed to be filed within ten days of the sentence. You should also recall that the one contested issue in your sentencing, as related in my objection to the PSI was the issue of obtaining a point reduction for you minor role in the offense. I was successful on this point, therefore, there were not any issues for you to appeal, and you agreed with me that a notice of appeal should not be filed.

    You should recall that you entered a plea agreement with the anticipation that further cooperation with the government would result in a motion by the government to lower your sentence. I would advise you that this still remains the surest way to lower your sentence in this

matter. If there are issues that you need help with in dealing with the government on these matters, I remain available to assist you.

I am familiar with the Apprendi decision. The Apprendi case basically stands for the proposition that special enhancement factors applicable to certain cases need to be included in the indictment and proven beyond a reasonable doubt by the prosecution to a jury. The Apprendi court's decision disapproved of a New Jersey sentencing statute that allowed the Court to make certain findings enhancing a sentence after Apprendi was convicted. The only possible issue Apprendi could apply to your case is the issue of the amount of drugs which was used to apply the minimum mandatory in this matter. The decision on whether you wish to end your cooperation with the government and file an appeal is yours and yours alone. However, I do not practice in the area of federal post conviction relief, and I am not sure whether at this late date you can now file a notice of appeal, nor am I sure on what grounds you would wish to appeal. I am also not sure if you are entitled to assistance to a CJA attorney at this point in time. However, if you wish me to file a motion to have one appointed, I will do so.

Sincerely,

Philip L. Reizenstein, Esq.

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

YVETTE JENKINS

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER:

00-6058-CR_HURLEY

---

I, **YVETTE JENKINS**, declare that I am the (check appropriate box)

[X] petitioner/plaintiff      [X] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant      [ ] _____
                                    other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

**DENIAL OF EFFECTIVE COUNSEL**
**ERRORS IN P.S.I. COMPUTATION OF POINTS**

In further support of this application, I answer the following questions.

1. Are you presently employed?                                        Yes [ ]    No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   **FEDERAL INMATE**

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   **March, 2000**

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment     Yes [ ]    No [X]
   b. Rent payments, interest or dividends?                      Yes [ ]    No [X]
   c. Pensions, annuities or life insurance payments?            Yes [ ]    No [X]
   d. Gifts or inheritances?                                      Yes [ ]    No [X]
   e. Any other sources?                                          Yes [ ]    No [X]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes [X]   No [ ]   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   $

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes [ ]   No [X]

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   **DWAYNE & SHAQUANA FERREBEE, AND SHENICE JENKINS**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/7/00__        x _____
              (Date)                      Signature of Applicant

---

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

Authorized Officer of Institution

---

## ORDER OF COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| Date | Date |

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 — REV. 1/90

IN THE CASE OF: U.S. v. Y. JENKINS

Defendant — Adult: **YVETTE JENKINS**

Charge: **POSSESSION W/INTENT TO DISTRIBUTE COCAINE** — Felony

Docket Number: **00-6058-CR HURLEY**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? [ ] Yes [X] No [ ] Am Self Employed
- Name and address of employer: **NONE**
- IF YES, how much do you earn per month? $_____
- IF NO, give month and year of last employment. How much did you earn per month $_____
- If married is your Spouse employed? [ ] Yes [ ] No **N/A**
- IF YES, how much does your Spouse earn per month $_____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes [ ] No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH** — Have you any cash on hand or money in savings or checking account [ ] Yes [ ] No    IF YES, state total amount $_____

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing? [ ] Yes [X] No
- IF YES, GIVE VALUE AND DESCRIBE IT

### OBLIGATIONS & DEBTS

**DEPENDENTS** — Marital Status: [X] Single — List persons you actually support and your relationship to them — 3
- DWAYNE FEREBEE
- SHENICE JENIKINS
- SHAQUANA FEREBEE

**DEBTS & MONTHLY BILLS**

Signed: x Yvette Jenkins    11-7-00

CERTIFICATE OF SERVICE

I, Yvete Jenkins, certify that on 11-8-00, I mailed a copy of the foregoing to:   Terrance Thompson
500 East Broward Blvd.,
7 Th. Floor
Ft. Lauderdale, Florida 33394-3002

I attest to the foregoing under penalty of perjury.

DATE: 11/7/00

*(signature)*
YVETTE JENKINS
#55221-004
FCI TALLAHASSEE
501 CAPITOL CIRCLE ,N.E.
TALLAHASSEE, FLORIDA 32301-3572

CERTIFICATE OF SERVICE

I, Yvete Jenkins, certify that on 11-8-00, I mailed a copy of the foregoing to:   Terrance Thompson
500 East Broward Blvd.,
7 Th. Floor
Ft. Lauderdale, Florida 33394-3002

I attest to the foregoing under penalty of perjury.

DATE: 11/7/00

*Yvette Jenkins*
YVETTE JENKINS
#55221-004
FCI TALLAHASSEE
501 CAPITOL CIRCLE ,N.E.
TALLAHASSEE, FLORIDA 32301-3572