UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6058-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

YVETTE JENKINS,
    Defendant.
_____/



## ORDER DENYING PRO-SE MOTION FOR APPOINTMENT OF APPELLATE COUNSEL AND FOR LEAVE TO APPEAL

**THIS CAUSE** come before the court upon the filing of a *pro se* notice of motion for assignment of counsel and granting leave to appeal, filed on November 20, 2000, which the court interprets as a motion to appoint appellate counsel and to file appeal out of time. The court has considered the motion and reviewed the court files. The record indicates that sentence in the above styled case was imposed on July 14, 2000, and at the sentencing hearing, the defendant was advised of her right to appeal and that pursuant to Rule 32(c)(5) of the Rules of Criminal Procedure, any notice of appeal must be filed within 10 days after the entry of the Judgment. The record further indicates that judgment was entered on July 26, 2000. For this reason, it is

**ORDERED** and **ADJUDGED**:

The motion for appointment of appellate counsel and to file appeal out of time is **denied**.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida, this 30rd day of November, 2000.

**copy furnished:**
AUSA Terrance Thompson
Philip L. Reizenstein, Esq.
Ms. Yvette Jenkins

Daniel T. K. Hurley
United States District Judge