NIGHT BOX
FILED

JUN 18 2001

CLERK, USDC / SDFL / WPB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6058-CR-HURLEY

UNITED STATES OF AMERICA

v.

YVETTE JENKINS

_____/

### GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FED. R. CRIM. P. 35(b)

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this motion for reduction of sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. In support of this motion, the United States asserts the following:

1.  The defendant was indicted in the Southern District of Florida. The indictment charged the defendant with possession with the intent to distribute cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

2.  The relevant conduct involved 133 grams of cocaine base and approximately 5 kilograms of cocaine hydrochloride transported by the defendant on behalf of several narcotics traffickers. The defendant was sentenced to 120 months' incarceration.

3.   The defendant, Yvette Jenkins, pled guilty to possession with intent to distribute cocaine, and was debriefed on multiple occasions by agents and the undersigned Assistant United States Attorney. Based in large part on her cooperation, four (4) additional individuals were charged and convicted of significant narcotics trafficking offenses.

4.   Yvette Jenkins testified on behalf of the United States at the trial against co-conspirator Tameka Johnson in case number 00-6343-CR-ZLOCH. The government believes that the defendant has provided substantial assistance and that her sentence should reflect the same.

WHEREFORE, the government recommends that Yvette Jenkins' sentence be reduced in light of her substantial assistance to federal authorities. The government will more fully articulate its position and recommendation at the hearing.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: _____
   DANA O. WASHINGTON
   ASSISTANT UNITED STATES ATTORNEY
   COURT NO. A5500418
   500 East Broward Blvd., Suite 700
   Fort Lauderdale, FL 33394
   Phone: (954) 356-7255 ext. 3520
   Fax: (954) 356-7336
   E-mail: dana.washington@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via facsimile and U.S. mail this 18th day of June, 2001, to:

Philip L. Reizenstein, Esquire
1471 NW 14th Street
Miami, FL 33125
Fax: (305) 325-8294.

_____
DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY