NIGHT BOX
FILED

JUN 22 2001

CLERK, USDC / SDFL / WPB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6058-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA )
)
v. )
)
)
YVETTE JENKINS, )
)
      Defendant. )
_____)

### GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE BASED ON DEFENDANT'S SUBSTANTIAL ASSISTANCE

Pursuant to Rule 35 (b) of the Federal Rules of Criminal Procedure, the United States of America files this Government's Motion For Reduction of Sentence based on Defendant's Substantial Assistance as follows:

1. On July 14, 2000, the defendant was sentenced to a term of 120 months' imprisonment. Since she was sentenced, the defendant has cooperated with law enforcement authorities. The United States believes that the defendant's assistance has been substantial and that her sentence should be reduced pursuant to Rule 35 of the Federal Rules of Criminal Procedure.

2. The defendant's cooperation has led to the indictment and conviction of other individuals. In addition, the defendant has testified at trial.

3. Should the Court set a hearing on this matter, the defendant is currently incarcerated outside the Southern District

1

of Florida. Accordingly, if the court requires, the defendant's presence at a hearing, the United States requests 30 days' notice in order to produce the defendant. Additionally, the United States requests that any hearing not be scheduled between the dates of August 3, and August 20, 2000, as the undersigned will be out of the Southern District of Florida during that period.

WHEREFORE, the United States respectfully requests that its motion be granted.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
TERRENCE J. THOMPSON
Assistant United States Attorney
Court No. A5500063
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida  33394
(954) 356-7255
(954) 356-7336 (facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this <u>22nd</u> day of June, 2001, to: Phillip Reisenstein, Esq., 1471 NW 14th Street, Miami, FL 33125.

_____
TERRENCE J. THOMPSON
ASSISTANT U.S. ATTORNEY