UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6058-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

YVETTE JENKINS,
  (#55221-004)
    Defendant.
_____/

FILED by _____ D.C.
JUL - 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • W.P.B.

## ORDER SETTING HEARING

**THIS CAUSE** come before the court upon motion from the plaintiff, United States of America, for a reduction of sentence in the above styled case, pursuant to Rule 35(b), Federal Rules of Criminal Procedures. Upon consideration, it is

**ORDERED and ADJUDGED**:

1. A hearing on this matter will be conducted on **Friday, August 17, 2001, at 3:00 p.m.** in courtroom 5 at the U. S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

2. <u>Plaintiff, United States of America, will ensure the defendant's attendance at the hearing</u>.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida, this ____5th____ day of July, 2001.

                      Daniel T. K. Hurley
                      United States District Judge

**copy furnished:**
AUSA Terrence J. Thompson
Philip L. Reizenstein, Esq.
United States Probation Office (WPB)
United States Marshal Service