IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff

Case# 00-6058-CR-Hurley

vs.

YVETTE JENKINS
    Defendant
_____/

Bar# 634026

MOTION TO WITHDRAW

COMES NOW, Philip L. Reizenstein, and hereby files this motion to withdraw as attorney of record:

1. The undersigned attorney was privately retained and previously filed a permanent notice of appearance.

2. The Defendant had since pled guilty pursuant to a plea agreement. The Defendant has also cooperated with the government and there is currently a rule 35 motion for reduction of sentence pending before this court.

3. The undersigned attorney has received a letter from the Defendant in which she has accused the undersigned attorney of betraying her in that instead of filing motions to dismiss pursuant to United States v. Apprendi, the undersigned attorney recommended that the defendant enter into a substantial assistance agreement. The Defendant still insists that despite the existence of a rule 35 motion for reduction, that the undersigned attorney is



4

somehow conspiring to keep her in prison longer because he is of the legal opinion that there is no just cause for filing any motions under Apprendi.

4. Because the Defendant clearly does not trust the undersigned attorney; and because her decision at this point in time to attempt to re-open and litigate her case would in all likelihood result in the prosecution withdrawing the rule 35 motion, the undersigned attorney believes that the Defendant should have the advice of counsel that she believes is acting in her best interest. The decisions she makes in this matter will in all likelihood affect her for the rest of her life.

5. Under information and belief, the Defendant is indigent, and eligible for the services of a public defender. No additional money has been charged or paid to counsel in exchange for his representation at the rule 35 hearing.

WHEREFORE, The Defendant respectfully moves this court for an order allowing the undersigned attorney to withdraw from further representation of the Defendant at this time.

    Respectfully submitted,

    _____
    Philip L. Reizenstein, Esq.
    Attorney For the Defendant
    1471 N.W. 14th Street
    Miami, Fl, 33125
    (305) 326-0400

CERTIFICATE OF SERVICE

5

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by U.S. Mail to AUSA Terrence Thompson & AUSA Dana Washington, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Fl, 33394-3002 and Yvette Jenkins, Federal Detention Center, 33 NE 4th Street, Miami, Fl, on this the 18th day of July, 2001,

_____
Philip L. Reizenstein, Esq.