UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6058-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA )
)
v. )
)
)
YVETTE JENKINS, )
)
   Defendant. )
_____ )



GOVERNMENT'S MOTION FOR CONTINUANCE OF RULE 35 HEARING

The United States of America, through its undersigned Assistant United States Attorney, files this Government's Motion for Continuance of Rule 35 Hearing, as follows:

1. The Court has scheduled a hearing on the government's request for a reduction of the defendant's sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. When the United States filed its motion for a sentence reduction, it was requested that hearing not be set during the time period of August 3-20, 2001, due to the undersigned's absence from the Southern District of Florida during that period.

2. The hearing is currently scheduled for 3:00 p.m. on August 17, 2001. The undersigned will be out of the Southern District of Florida from August 3, 2001 through August 18, 2001. Accordingly, the United States respectfully request that the sentence reduction hearing in the instant case be reset to a date after August 17, 2001.

1

2. The undersigned as spoken to counsel for the defendant and counsel has no objection to this continuance motion.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
for: TERRENCE J. THOMPSON
Assistant United States Attorney
Court No. A5500063
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
(954) 356-7255
(954) 356-7336 (facsimile)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 10th day of August, 2001, to: Phillip Reisenstein, Esq., 1471 NW 14th Street, Miami, FL 33125.

for: _____
TERRENCE J. THOMPSON
ASSISTANT U.S. ATTORNEY