# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6058-CR-HURLEY

UNITED STATES OF AMERICA,
  Plaintiff,

vs.

YVETTE JENKINS,
  Defendant.

-----------------------------------------/



FILED by _____ D.C.

AUG 16 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER DENYING MOTION TO WITHDRAW AND GRANTING
## MOTION TO CONTINUE HEARING

**THIS MATTER** come before the court upon motion filed by counsel representing the above named defendant to withdraw as counsel of record, filed July 20, 2001 and by motion filed by counsel representing the plaintiff, United States of America, to continue the hearing, presently set for August 17, 2001.  Upon consideration, it is

**ORDERED** and **ADJUDGED**:

1.  The motion to withdraw as counsel of record is **denied**.

2.  The motion to continue the hearing is **granted.**  The Rule 35 hearing is reset to **Wednesday, August 29, 2001, at 3:30 p.m.**

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this __16__ day of August, 2001.

Daniel T. K. Hurley
United States District Judge

copy furnished:
AUSA Terrence J. Thompson
Philip L. Reizenstein, Esq.
United States Marshal Service
United States Probation Office, West Palm Beach, FL

