UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6058-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

YVETTE JENKINS,
    (#55221-004)
    Defendant.
_____/



FILED by _____ D.C.

AUG 3 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**ORDER AMENDING
JUDGMENT IN A CRIMINAL CASE**

**THIS MATTER** come before the court upon motion from the plaintiff, United States of America, for a reduction of sentence based on substantial assistance, pursuant to Rule 35(b), Federal Rules of Criminal Procedures, for the above-named defendant. The court reviewed the records and on August 29, 2001, conducted a hearing. Being fully advised in the premises, it is

**ORDERED** and **ADJUDGED** that:

1. The motion for a reduction of sentence is **granted**.

2. That portion of the sentence, imposed on July 14, 2000, committing the above named defendant to the custody of the United States Bureau of Prisons for a term of one hundred twenty (120) months, is hereby amended by reducing the term of imprisonment to forty-eight (48) months.

3. The Judgment Order shall be amended to read as follows:

> **The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of forty-eight (48) months as to Count ONE of the One-Count Indictment.**
>
> *(The defendant shall be given credit for the term of imprisonment all ready served for this offense.)*



4. All remaining conditions of the Judgment Order shall remain in effect.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 30th day of August, 2001.

/s/ Daniel T. K. Hurley
Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Dana Washington
Philip L. Reizenstein, Esq.
United States Marshal Service
United States Probation Office
United States Bureau of Prisons