UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6058-CR-HURLEY

UNITED STATES OF AMERICA,
　　Plaintiff,

vs.

YVETTE JENKINS,
　　Defendant.
_____/

FILED by _____ D.C.
SEP - 6 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER REQUIRING RESPONSE

**THIS CAUSE** come before the court upon *pro se* motion from the defendant in the above captioned case, filed September 2, 2005, for early termination of supervised release. Upon review, it is

**ORDERED** and **ADJUDGED** that:

Counsel representing the plaintiff, United States of America and the United States Probation Office, shall file within ten (10) days from the date of this order, a response to defendant's motion.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _____ day of September, 2005.

**copy furnished**:
AUSA Terrence Thompson
United States Probation Office

　　　　　　　　　　　　　　　　Daniel T. K. Hurley
　　　　　　　　　　　　　　　　United States District Judge

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts

COPY FOR JUDGE

Honorable Judge;
Daniel T. K. Hurley

22 Aug. 05

(Request motion for early termination{case # 0:00CR06058-001})

Good day your honor, and may this letter finds you in the best of health.
Your honor, my name is Yette Y. Jenkins. On 2 Mar 00 I was arrested and later sentenced to serve 4 years
with the Federal Institution of Tallehasse Florida. The nature of my offence was possession with the intent to
distribute cocaine. Since being incarserated, I have successfully completed my prison term. Along with 500
hours in the drug treatment program, with good behavior. Upon my release on 19 Nov. 02, I was assinged
to The Harbor Place House in Charleston S.C. Where during my six month stay, I obtained a place of
employment at Piccadilly's Cafeteria while successfully completing The South Carolina Drug and Alcohol
Treatment program. On April 03, after making North Charleston, S.C my permenant home I was placed
on home confindment. At this time I have always complied with the standard conditions of my supervised
release.
I am currently employed, by The Robert Bosch corporation, engaged to be married and have successfully
regain custody of my three children. I have also acquied full legal custody of my two grand-children.
As of 1 Mar 05, my fiance and I have enbarked on an oppertunity in which we are now in the process
of buying our own home. As of now my U.S Probation Officer Mr. Gregory S. Russ can attest to my
rehabilitation, and continueing success at reclaiming my status as a law abiding citizen.
At this time I would like to ask Your Honor, and the courts to have mercy upon my request for
an early termination of supervised release.
I have realized the mistakes I have made along with the crimes I have committed agianst not
only my family and children but also to the citizens of the United States of America. For this,
I will always be deeply, and truely sorry. I have sinced learned from my mistakes a valuable
lesson. Freedom is but a privlage, one which I hold dear to my heart every day. I've learned
to take things one day at a time and to always pray. Life is to short and I have since come
to far with my second chance.
I would like to thank you for your helping hand in taking the time out in assisting me with
changing my life around for the best. For this I will forever be greatful. I would also like to
take this time to thank you in advance for giving me the oppertunity to express to you my
progress and on your decission for my request on an early supervised release termination.
Enclose, I have sent a copy of the Southern District of Florida Criminal Case judgement
and, contact information for my assigned United States Probation Officer Mr. Gregory S. Russ.

Yvette Y. Jenkins
177 Mickler Dr
Ladson, SC 29456
(843)486-3541

Sincerly Yours,

Yvette Y. Jenkins

NON-COMPLIANCE OF S.D. fla. L.R. 5.1A1 5.1A4
5.1A2 5.1A5