UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6058-CR-HURLEY

UNITED STATES OF AMERICA

    Plaintiff,

v.

YVETTE JENKINS,

    Defendant.
_____/

<u>GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE</u>

The United States of America, by and through its undersigned Assistant United States Attorney, responds to the defendant's *pro se* motion for early termination of supervised release, as follows:

1. The defendant has moved for early termination of her supervised release. The undersigned has conferred with the United States Probation Office concerning this matter and they have no objection early termination of the defendant's supervised release.



Accordingly, the United States has no objection to this Court granting the defendant's motion.

           Respectfully submitted,
           R. ALEXANDER ACOSTA
           UNITED STATES ATTORNEY

By: _____
     TERRENCE J. THOMPSON
     Assistant United States Attorney
     Court No. A5500063
     500 E. Broward Blvd., Suite 700
     Fort Lauderdale, Florida 33301
     (954) 356-7306
     (954) 356-7228 (facsimile)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this Government's response to Defendant's Motion for Early Termination of Supervised Release was served this <u>14th</u> day of September 2005, upon Yvette Y. Jenkin, 177 Micker Drive, Ladson, SC 2945.

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY