UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6058-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

YVETTE JENKINS,
    Defendant.
_____/



FILED by ____ D.C.

OCT - 5 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING *PRO SE* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS CAUSE come before the court upon *pro se* motion from the defendant in the above captioned case, filed September 2, 2005, for early termination of supervised release. Upon review of the motion together with the responses from counsel representing the United States and the United States Probation Office, it is

**ORDERED** and **ADJUDGED** that:

1. The motion for early termination of supervised release is **granted**.

2. Upon receipt of this order, the United States Probation Office is directed to immediately **terminate supervision**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 4th day of October, 2005.

**copy furnished:**
AUSA Terrence Thompson
Ms. Yvette Jenkins
United States Probation Office

Daniel T. K. Hurley
United States District Judge